VIRGINIA:

IN THE CIRCUIT COURT OF LOUDOUN COUNTY

GISELA V. HUSAR,

    Plaintiff,

v.                                        Civil Action No.:

HARRIS TEETER SUPERMARKETS, INC.

    Defendant.

Serve: Corporation Service Company
       Registered Agent
       100 Shockoe Slip Fl. 2
       Richmond, VA 23219

## COMPLAINT

COMES NOW the plaintiff, Gisela V. Husar, by counsel, and in support of and for her Complaint against the defendant, Harris Teeter Supermarkets, Inc., respectfully alleges as follows:

1.     Defendant Harris Teeter Supermarkets, Inc. (hereinafter "Harris Teeter") is a foreign corporation and operates supermarkets branded as Harris Teeter Neighborhood Food & Pharmacy.

2.     At all times relevant to this matter, defendant Harris Teeter was the operator of a Harris Teeter Neighborhood Food & Pharmacy located at 20070 Ashbrook Common Plaza in Loudoun County, Virginia.

3.     On October 15, 2020, at approximately 3:00 pm, the Plaintiff Gisela V. Husar visited the Harris Teeter supermarket located at the Ashbrook Common Plaza to purchase some items.

**EXHIBIT A**

To: 17044236210        Page: 08 of 23        2021-02-18 17:32:00 GMT        17033981119        From: Katherine Mcafee

4.     On the date and at the time set forth in Paragraph 3, as the plaintiff was walking in the bakery section of the supermarket, her foot caught underneath a bulge in the edge of a floor mat causing her to trip and fall with great force.

5.     At all times relevant to this matter, the plaintiff was an invitee, lawfully on the premises of the defendant's supermarket.

6.     Through its employees and/or agents, the defendant knew, or should have known, of the presence of the bulge in the floor mat in the bakery section.

7.     Through its employees and/or agents, the defendant knew, or should have known, that the presence of the bulge in the floor mat in the bakery section presented an unreasonable risk of harm to anyone lawfully on its premises, including the plaintiff.

8.     As the operator of the supermarket located in the Ashbrook Common Plaza, the defendant had a duty to use ordinary care to have the premises in a reasonably safe condition for use consistent with plaintiff's invitee status, to use ordinary care to warn invitees, such as the plaintiff, of any unsafe conditions of which it was aware, or of which, through the exercise of ordinary care, it should have been aware.

9.     The defendant, through its agents and/or employees, breached the duties owed to the plaintiff in the following ways:

   a. By having a floor mat with a bulge in its edge large enough for a customer's foot to catch the mat;

   b. By failing to guard the hazard created by the bulge in the edge of the mat;

2-18-2021                                302063123630001                                5220210218011823

c. By failing to warn of the presence of the bulge in the edge of the mat; and

d. In all other ways learned through discovery.

10. As a direct and proximate result of the defendant's negligence as aforesaid, the plaintiff caught her foot caught underneath a bulge in the edge of a floor mat causing her to trip and fall with great force.

11. As a direct and proximate result of the negligence of the defendant as set forth above, the plaintiff suffered serious and permanent physical injuries, mental anguish, physical pain, inconvenience, and scarring and may incur the same in the future.

12. As a direct and proximate result of the negligence of the defendant as set forth above, the plaintiff expended sums of money for medical care, physical therapy, and medication for the treatment of the injuries she sustained, and may incur the same in the future.

WHEREFORE, the Plaintiff, Gisela V. Husar, demands judgment against Defendant Harris Teeter Supermarkets, Inc, in the sum of SIX UNDRED THOUSAND DOLLARS ($600,000.00), her costs expended in this matter, and prejudgment interest accruing from October 15, 2020.

<u>Prayer for Jury Trial</u>

The Plaintiff, Gisela V. Husar, requests a trial by jury on all issues raised herein.

GISELA V. HUSAR

By Counsel

3

CURCIO LAW
700 N. Fairfax St., Ste. 505
Alexandria, VA 22314
(703) 836-3366 – Telephone
(703) 836-3360 – Facsimile
Email: tcurcio@curciolaw.com
jcurcio@curciolaw.com

By: _____
Thomas J. Curcio, Esquire (VSB #: 23016)
Justin W. Curcio, Esquire (VSB #: 89094)

4